**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOANNE CANIZARES et al.,** | : | |
| *Plaintiffs*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **HARTFORD INSURANCE CO.,** | : | **No. 16-1465** |
| **OF ILLINOIS** | : | |
| *Defendant*. | : | |

**O R D E R**

**AND NOW**, this 27th day of May, 2016, upon consideration of Defendant's Motion to Dismiss (Docket No. 6), Plaintiffs' Response in Opposition (Docket No. 7), and oral argument held on May 26, 2016, **the Court hereby ORDERS** as follows:

1. The Motion (Docket No. 6) is **GRANTED**.  Count II of the Complaint (Docket No. 1, Ex. A) is **DISMISSED WITHOUT PREJUDICE**.[1]

2. Plaintiffs shall file an Amended Complaint, including allegations of damages to the boiler, on or before June 10, 2016.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] While the Defendant's Motion originally sought dismissal of both Counts I and II, the Defendant has withdrawn its arguments as to Count I.